PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CARLA A. MOORE, | ) | |
| | ) | CASE NO. 5:13cv1705 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendant. | ) | **ORDER** [Regarding ECF No. 16] |

On July 10, 2014, Magistrate Judge Kathleen B. Burke issued a Report ("R&R") recommending that the Commissioner's decision be affirmed. ECF No. 16.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a report and recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a report and recommendation within fourteen days of service. *Id.*; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In the instant case, Plaintiff filed a response to the R&R stating that she will not file an objection. ECF No. 17. The Court finds that the R&R is supported by the record, and agrees

(5:13cv1705)

with the recommendation of the magistrate judge.

Accordingly, the Court adopts the magistrate judge's R&R (ECF No. 16) and affirms the decision of the Commissioner.

IT IS SO ORDERED.

 July 22, 2014                                              /s/ Benita Y. Pearson
Date                                                              Benita Y. Pearson
                                                                      United States District Judge